IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE STOLL,        )<br>                          )<br>                          )<br>                          )<br>         Plaintiff,       )<br>                          )<br>     vs.                  )<br>                          )<br>COMMISSIONER OF SOCIAL    )<br>SECURITY,                 )<br>                          )<br>                          )<br>         Defendant.       )<br>_____) | 1:10cv01326 DLB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 13) |

On March 21, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file an opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before April 4, 2011.

IT IS SO ORDERED.

   Dated:   **March 22, 2011**          /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

1